IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARL D. MORGAN,
      Plaintiff,

vs.                                    Case No. 5:10cv165/RH/MD

STEVE MEADOWS, et al.,
      Defendants.

## O R D E R

      This cause is before the court upon plaintiff's filing a civil rights complaint under 42 U.S.C. § 1983.  Plaintiff has failed either to submit a motion to proceed *in forma pauperis* or pay the $350.00 filing fee.  Plaintiff's case cannot proceed until he either pays the filing fee or files a properly completed *in forma pauperis* motion with supporting documentation.

      Accordingly, it is ORDERED:

      1.      The clerk is directed to send plaintiff a complete set of forms needed for filing a motion to proceed *in forma pauperis*.  This case number should be written on the form.

      2.      Plaintiff shall file either the completed motion to proceed *in forma pauperis*, or payment in the amount of $350.00.  A complete application to proceed *in forma pauperis* includes a motion with supporting affidavit and a prisoner consent form and financial certificate with attachments (a printout of the transactions in plaintiff's inmate trust account for the past six months) and must be filed <u>in each case he has filed in this court</u>.[1]  The court will not process the complaint until all the required forms are submitted.

---

[1]Thus, prisoners who have filed more than one case may be required to make payments totaling 40%, 60%, 80% or even 100% of their monthly deposits.

3.      Plaintiff shall do the above within **twenty-eight (28) days** from the date of the docketing of this order.  Failure to do so will result in a recommendation that this case be dismissed for failure to prosecute and failure to comply with an order of the court.

DONE AND ORDERED this 12th day of July, 2010.


/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**